**Order entered August 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00973-CV

### RIGGS & RAY, P.C., Appellant

### V.

### STATE FAIR OF TEXAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16070**

## ORDER

By letter filed July 25, 2018, appellee informs the Court that an exhibit admitted into evidence at a July 21, 2017 trial court hearing is missing from the reporter's record. That exhibit is a compact disc containing video excerpts of two legislative hearings. According to appellee, the court reporter confirmed the video files were transmitted "through the portal with the rest of the [r]eporter's [r]ecord," but a clerk of this Court advised no video files were received. Appellee states it would like to be able to cite to the missing exhibit in its brief and requests the Court take appropriate steps to obtain the missing exhibit.

We construe appellee's letter as a motion and note the reporter's record of the July 21st hearing is missing the exhibit. Accordingly, we **GRANT** the motion and **ORDER** Trashuna Salaam, the court reporter for the July 21st hearing, to file a supplemental reporter's record

containing the missing exhibit.  The supplemental reporter's record shall be filed no later than August 10, 2018.

On our own motion, we **EXTEND** the deadline for appellee's brief to September 5, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Trashuna Salaam and the parties.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE